Cause No.14-13-00767-CR

Curtis Ell White
Appellant,Pro se

vs.

The State of Texas
Appellee

§ IN THE FOURTEENTH

§

§ COOURT OF APPEALS

§

§ HOUSTON,TEXAS

§

§

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

OCT 15 2015

CHRISTOPHER A. PRINE
CLERK

MAILED

## APPELLANT CURTIS ELL WHITE'S MOTION TO EXTEND TIME TO FILE MOTION FOR EN BANC RECONSIDERATION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Curtis Ell White, T.D.C.J.-ID#301859, Pro se , Appellant in the above styled and referanced cause number.Appell= ant White asks this Honorable Court to extend the time to allow him to file his Motion for En Banc Reconsideration. Appellant will respectfully show this Court the following:

### 1. Procedural History

Appellant Curtis Ell White indicted and convicted of Aggravated Robbery,29.03, Penal Code, in the 183rd District Court,Harris County, Texas.A jury convicted Appellant White and sentenced him to 25 years imprisonment. Appellant White unable to retain Counsel for appellate purposes, the District Court appointed him Juan M. Contreras,Jr to represent him on Direct Appeal. Counsel presented two (2) points of review. This Court affirmed appella.= ant's conviction on august 20,2015.Appellant timely notified the

1.

of his intent to file an Motion for En Banc Resonsideration. Appellant filed an Extention for time to fiel an En Banc Reconsideration.

This motion is filed within the 10 - day deadline. Texas Rules of Appellate Procedure 49.8.

### B. Argument and Authorities

The Court may grant an extention of time under Texas Rules of Appellate Procedure Rule, 10.5(b)(1).

The deadline to file the Motion to extend time to file a Motion for En Banc Reconsideration is October 22,2015. Appellant White request an additional 30 days to file his Motion for En Banc Reconsideration. Appellant White needs additional time to file the Motion for En Banc Reconsideration, inlight of the fact that the unit went on lock-down status on September 14,2015. The unit dis not return to normal operations until October 5,2015. Furthermore, since Texas Department of Criminal Justice has discontinued it's contract with West Publishing. Texas Department of Criminal Justice then began to use Lexis Nexus. However, the unit has had problems with the budget and obtaining toners to operate the copier. Therefore, he has been unable to perfect his Motion for En Banc Reconsideration, with no caselaw available .

### PRAYER

For these reasons, Appellant White asks this Court to grant his Motion for extention of time to file his Motion for En Banc Reconsideration until November 21,2015.

2.

*Curtis Ell White*

Curtis Ell White
T.D.C.J.-ID#301859
Allen B.Polunsky Unit
3872 FM 350 South
Livingston,Texas 77351

CERTIFICATE OF SERVICE

I, Curtis Ell White,T.D.C.J.-ID#301859,certify that the forego-
ing Motion for extention of tiem to file a Motion for En Banc Re-
consideration has been placed inthe Allen B.Polunsky Unit mailbox
on  October 09,2015,  postage prepaid, first class mail addressed
to the following address:

Fourteenth Court of Appeals
Christoper A.Prine,Clerk
301 Fannin ,Suite 245
Houston,Texas 77002

*Curtis Ell White*

Curtis Ell White
T.D.C.J.-ID#301859

3.

Date:October 09,2015


Court of Appeals
301 Fannin,Suite,245
Christoper Prine,Clerk
Houston,Texas 77002


Re:Curtis Ell White vs.The State of Texas;Cause No.14-13-00767-CR
   Trial Court Case number 1372505



Dear Clerk,



   Enclosed please find one (1) Original and one (1) copy of
Appellant Curtis Ell White's Motion for extention of time to
file a Motion for En Banc Reconsideration. Please file this
motion with the Court and bring it to the Court's attention.

   Finally, please find one Self Addressed Self Addressed Stamped
Envelope, please file stamp my copy and return it to me at your
earliest convenience.



Thank youu for your time and kind assistance in this matter.



Thank you,
Curtis Ell White
3872 FM 350 South
Allen B.Polunsky Unit
T.D.C.J.-ID#301859
Livingston,Texas 77351

Curtis Ell White
TDCS-ID# 301859
3372 FM 350 South
Polunsky Unit
Livingston, TX 77351

FOREVER

FOREVER

NORTH HOUSTON TX

OCT 2015 PM 6 L

Fourteenth Court of Appeals
301 FANNIN, Suite 245
Houston, TX 77002

7002206270